TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

J. M. and A. G., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY, 
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellants J. M. and A. G. filed their notices of appeal on July 20, 2012 and July 16, 2012,
 respectively.  The appellants’ briefing
 was complete November 6, 2012,
 making appellee’s brief due November 26, 2012.  On November 26 counsel for appellee
 filed a motion for extension of time to file appellee’s brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file appellee’s brief no later than December 17, 2012.  If the
 brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on November 27,
 2012.
  
 Before
 Justices Puryear, Pemberton and
 Henson